UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| YVONNE ALSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>RBS CITIZENS, N.A., a/k/a CITIZENS BANK,<br><br>    Defendant. | Civil Action No. TDC-13-2675 |

**ORDER**

On August 13, 2014, defendant RBS Citizens, N.A. a/k/a Citizens Bank filed a Joint Notice of Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED with prejudice, with each party to bear its own costs and attorney's fees.

Dated: August 13, 2014

                                                */s/*
                                         THEODORE D. CHUANG
                                         United States District Judge